**No. 44037.**—Protests 128805–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. It was stipulated that the merchandise in question is similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.

**No. 44038.**—Protests 12689–G, etc., of Alfred Kohlberg, Inc. (New York).

Opinion by TILSON, J. The testimony showed that certain items consist of Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefor sustained.

**No. 44039.**—Protests 197877–G, etc., of H. W. Robinson & Co. (New York).

Opinion by TILSON, J. The testimony showed that certain items consist of Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 44040.**—Protests 359813–G, etc., of Henry Kayser & Fils, Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel Alençon laces similar to those the subject of *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067), embroidered net galloons and laces like those passed upon in Abstracts 12555 and 11913, and embroidered doilies and collars similar to those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 44041.**—Petition 5975–R of Musolino Lo Conte Co. (Boston).

Opinion by TILSON, J. From the testimony it was found that there was no intent to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.